Thomas M. Downey, State Bar No. 142096
Michelle M. Meyers, State Bar No. 236387
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:      (510) 444-6800
Facsimile:      (510) 835-6666
tdowney@burnhambrown.com
mmeyers@burnhambrown.com

Attorneys for Plaintiff
JOHN HANCOCK LIFE INSURANCE COMPANY
(U.S.A.) f/k/a THE MANUFACTURERS LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan Corporation, formerly known as THE MANUFACTURERS LIFE INSURANCE COMPANY,<br><br>          Plaintiff,<br><br>v.<br><br>DONALD C. PIPKINS, an individual; and DOES 1 through 10, inclusive,<br><br>          Defendants. | No. 3:11-cv-04992-EDL<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT<br><br>Complaint Filed:  October 11, 2011<br>Trial Date:  None Set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

1      Based on the stipulation of the parties as set forth in the Stipulation to Extend Time to

2 Respond to Complaint filed herewith, and good cause therefore, this Court hereby orders that the

3 date in which Defendant Donald C. Pipkins must file his responsive pleading to the Complaint in

4 this action is now due on December 23, 2011.

5      **IT IS SO ORDERED.**

6 DATED: _____December 15_____, 2011         _Elizabeth D. Laporte_____

7                     THE HONORABLE ELIZABETH D. LAPORTE

                    UNITED STATES ~~DISTRICT~~ COURT JUDGE

8                               Magistrate

9

10 1120482

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING STIPULATION                 No. 3:11-cv-04992-EDL
TOEXTEND TIME TO RESPOND TO COMPLAINT