1 | Thomas M. Downey, State Bar No. 142096
  | Michelle M. Meyers, State Bar No. 236387
2 | BURNHAM BROWN
  | A Professional Law Corporation
3 | P.O. Box 119
  | Oakland, California 94604
4 |
  | 1901 Harrison Street, 11th Floor
5 | Oakland, California  94612
  | Telephone:     (510) 444-6800
6 | Facsimile:     (510) 835-6666
  | tdowney@burnhambrown.com
7 | mmeyers@burnhambrown.com

8 | Attorneys for Plaintiff
  | JOHN HANCOCK LIFE INSURANCE COMPANY
9 | (U.S.A.) f/k/a THE MANUFACTURERS LIFE
  | INSURANCE COMPANY
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 | JOHN HANCOCK LIFE INSURANCE           | No. 3:11-cv-04992-EDL
   | COMPANY (U.S.A.), a Michigan          |
14 | Corporation, formerly known as THE    | [PROPOSED] ORDER GRANTING
   | MANUFACTURERS LIFE INSURANCE          | STIPULATION TO EXTEND TIME TO
15 | COMPANY,                              | RESPOND TO COMPLAINT
16 |         Plaintiff,                    | Complaint Filed: October 11, 2011
   |                                       | Trial Date:  None Set
17 | v.
18 | DONALD C. PIPKINS, an individual; and
   | DOES 1 through 10, inclusive,
19
20 |         Defendants.

21 | / / /
22 | / / /
23 | / / /
24 | / / /
25 | / / /
26 | / / /
27 | / / /
28 | / / /

1

[PROPOSED] ORDER GRANTING STIPULATION          No. 3:11-cv-04992-EDL
TO EXTEND TIME TO RESPOND TO COMPLAINT

1  Based on the stipulation of the parties as set forth in the Stipulation to Extend Time to
2  Respond to Complaint filed herewith, and good cause therefore, this Court hereby orders that the
3  date in which Defendant Donald C. Pipkins must file his responsive pleading to the Complaint in
4  this action is now due on December 23, 2011.

5  **IT IS SO ORDERED.**

6  DATED: _December 15_, 2011     _/s/ Elizabeth D. Laporte_

7  THE HONORABLE ELIZABETH D. LAPORTE
   UNITED STATES ~~DISTRICT~~ COURT JUDGE
8                               Magistrate

10  1120482

[PROPOSED] ORDER GRANTING STIPULATION              No. 3:11-cv-04992-EDL
TO EXTEND TIME TO RESPOND TO COMPLAINT
                                2