**UNITED STATES DISTRICT COURT**

**Northern District of California**

**450 Golden Gate Avenue**

**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                    General Court Number
Clerk                                                           415.522.2000

## December 29, 2011

**CASE NUMBER:  CV 11-04992 EDL**

**CASE TITLE:  JOHN HANCOCK LIFE INS.-v-DONALD C. PIPKINS**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Charles R. Breyer** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **CRB** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 12/29/11


FOR THE EXECUTIVE COMMITTEE:

_____
                                                             Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                 Special Projects
Log Book Noted                                          Entered in Computer 12/29/11 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA