IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INS., | No. CV 11-04992 CRB, |
| Plaintiff, | **JUDGMENT IN A CIVIL CASE** |
| v. | |
| DONALD C. PIPKINS, | |
| Defendant. | |

This Court, having previously entered the default of Defendant DONALD C. PIPKINS, and having received and reviewed Plaintiff JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.)'s declaration in support of Default Judgment against Defendant DONALD C. PIPKINS under rule 55(b)(1) of the Federal Rules of civil Procedure, and good cause appearing:

The Clerk finds that judgment should be entered in favor of Plaintiff JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) And against Defendant DONALD C. PIPKINS, as follows:

| | |
|---|---|
| Damages: | $75,000.00 |
| Prejudgment Interes (Cal. Civ. Code § 3289): | $7,500.00 |
| Costs: | $1,912.60 |
| **Total:** | **$84,412.60** |

**IT IS SO ORDERED AND ADJUDGED** that judgment be, and is entered in favor of Plaintiff JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) and against defendant DONALD C. PIPKINS as set forth above.

Dated: 02/14/2012

Richard W. Wieking, Clerk
By: *signature*
Deputy Clerk