Thomas M. Downey, State Bar No. 142096
Michelle M. Meyers, State Bar No. 236387
BURNHAM BROWN
A Professional Law Corporation
P.O. Box 119
Oakland, California 94604

1901 Harrison Street, 11th Floor
Oakland, California  94612
Telephone:    (510) 444-6800
Facsimile:     (510) 835-6666
tdowney@burnhambrown.com
mmeyers@burnhambrown.com

Attorneys for Plaintiff
JOHN HANCOCK LIFE INSURANCE COMPANY
(U.S.A.) f/k/a THE MANUFACTURERS LIFE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.), a Michigan Corporation, formerly known as THE MANUFACTURERS LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>DONALD C. PIPKINS, an individual; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 3:11-cv-04992-CRB<br><br>**SATISFACTION OF JUDGMENT** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1  WHEREAS, a judgment was entered in the above action on February 14, 2012, in favor
2  of Plaintiff JOHN HANCOCK LIFE INSURANCE COMPANY (U.S.A.) and against Defendant
3  DONALD C. PIPKINS,
4  Plaintiff, by and through its counsel, hereby acknowledges and concedes that said
5  judgment has been satisfied in full by Defendant DONALD C. PIPKINS.

6

7  DATED: December 22, 2014           BURNHAM BROWN

8
9                                     By _____
                                       THOMAS M. DOWNEY
10                                     Attorneys for Plaintiff
                                       JOHN HANCOCK LIFE INSURANCE
11                                     COMPANY (U.S.A.) f/k/a THE
                                       MANUFACTURERS LIFE INSURANCE
12                                     COMPANY

13
14
   4829-2824-4513, v. 1
15

| | |
|---|---|
| Re: | John Hancock Life Ins. Co. (U.S.A.) v. Donald C. Pipkins |
| Court: | United States District Court, Northern District of California |
| Action No: | 3:11-cv-04992-CRB |

## PROOF OF SERVICE

I declare that I am over the age of 18, not a party to the above-entitled action, and am an employee of Burnham Brown whose business address is 1901 Harrison Street, 11th Floor, Oakland, Alameda County, California 94612 (mailing address: Post Office Box 119, Oakland, California 94604).

On December 22, 2014, I served the following document(s) in the following manner(s):

### SATISFACTION OF JUDGMENT

☒ **MAIL:** By placing the document(s) listed above in a sealed envelope with postage thereon, in the United States mail at Oakland, California, addressed as set forth below.

☐ **FACSIMILE:** By transmitted a true copy, via facsimile electronic equipment transmission (fax) to the office(s) of the addressee(s) at the fax number(s) below.

☐ **OVERNIGHT:** By placing a copy thereof into envelope(s) bearing the name(s) and address(es) and county(ies) of the person(s) to be served by commercial carrier service for overnight delivery as shown below.

☐ **PERSONAL DELIVERY BY MESSENGER:** By consigning the document(s) listed above to a messenger service for personal delivery to the following person(s) at the following address on the date set forth below.

☐ **ELECTRONIC MAIL:** By transmitting a true copy, via electronic electronic mail to the office(s) of the addressee(s) at the e-mail address(es) below.

| | |
|---|---|
| Donald C. Pipkins<br>457 Andover Street<br>San Francisco, CA  94110-6011 | Plaintiff |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATE:   December 22, 2014

_____
TERESA L. DARNELL

4812-8470-8112, v. 1